recommendation of the Planning Department that the property be zoned B 5—4, is merely advisory to the Council and certainly is not binding.

■■ In reviewing the evidence presented in this case we find that legitimate differences of opinion exist over the reasonableness of the zoning classification as applied to plaintiff's property. These differences are demonstrated by the opinions of the various expert witnesses who testified at the trial of this case. Such being the case, the trial court should have deferred to the legislative judgment of the municipality.

The judgment is reversed.

Judgment reversed.

DRUCKER and ENGLISH, JJ., concur.

CHARGE-IT DIVISION OF HARRIS BANK AND TRUST COMPANY, Plaintiff-Appellee, v. LEONA DAVIS CLARK, Defendant-Appellant.

(No. 56186; ■■■■■■)

First District—June 19, 1972.

Opinion by Mr. JUSTICE BURKE.

Lowell J. Myers, of Chicago, for appellant.

Herman Grant, of Chicago, for appellee.